**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**RONALD LASLEY**                                                            **PETITIONER**
**Reg# 11601-031**

**v.**                              **CASE NO. 2:18-CV-00047 BSM**

**GENE BEASLEY, Warden,**
**Forrest City Federal Prison Camp**                          **RESPONDENT**

## ORDER

The proposed findings and recommendations submitted by United States Magistrate

Judge Joe J. Volpe [Doc. No. 5] have been received.  No objections have been filed.  After

careful review of the record, the proposed findings and recommendations are adopted in their

entirety.    Accordingly,  Lasley's  petition  for  writ  of  *habeas  corpus*  is  dismissed  with

prejudice, and the requested relief is denied.

IT IS SO ORDERED this 23rd day of August 2018.

_____
UNITED STATES DISTRICT JUDGE